**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PATRICIA D. CARDILLO | : | |
| | : | |
| v. | : | C.A. No. 05-383M |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social Security | : | |
| Administration | : | |

**JUDGMENT**

**COURT DECISION:**

**JUDGMENT SHALL ENTER** for the defendant, Michael J. Astrue, against the plaintiff, Patricia D. Cardillo, pursuant to the Court's Memorandum and Order dated February 19, 2008, GRANTING the Commissioner's Motion for an Order Affirming the Decision of the Commissioner and DENYING Plaintiff's Motion for Summary Judgment.

BY:

/s/ Jeannine Noel
JEANNINE NOEL, Deputy Clerk

February 19, 2008